JOSIAH BRADLEE *et al. versus* NATHAN W. NEAL *et al.*

The *St.* 1834, *c.* 189, (See Revised St. *c.* 100, § 6, 7,) having enabled the plaintiff in an action on contract against several, to take judgment against one or more of the defendants, a defendant who has been defaulted, is, with his consent, a competent witness in favor of his co-defendants.

ASSUMPSIT for goods sold and delivered. Counts on promissory notes, and the money counts, were added.

At the coming on of the trial, Henry Price, one of the defendants named in the writ, was on motion of the defendants' counsel defaulted. After the plaintiffs had introduced their evidence, the defendants offered Price as a witness in support of the defence. The plaintiffs objected to his competency, on the ground that he was a party to the record and suit, and as such by the rules of law inadmissible as a witness. *Wilde* J. overruled the objection, and Price was permitted to be sworn and to testify, and upon his testimony and other evidence in the case, a verdict was returned in favor of the other defendants. If Price was not a competent witness for the other defendants, a new trial was to be granted.

*Fletcher* and *C. G. Loring*, for the plaintiffs, cited *Mant* v. *Mainwaring*, 8 Taunt. 139 ; *S. C.* 2 Moore, 9 ; *Mash* v. *Smith*, 1 Carr. & Payne, 577 ; *Frear* v. *Evertson*, 20 Johns. R. 142 ; *Van Norden* v. *Striker*, 9 Wendell, 286 ; *Bates* v *Conkling*, 10 Wendell, 389

*March 12th*

Bradlee
v.
Neal.

S. *Hubbard* and *C. P. Curtis*, for the defendant, cited *St.* 1834, *c.* 189, [see Revised Stat. *c.* 100, § 6, 7 ;] *Ward* v. *Haydon*, 2 Esp. R. 552 ; *Chapman* v. *Graves*, 2 Campb. 333, note ; *Willings* v. *Consequa*, 1 Peters's C. C. R. 307 ; *Worrall* v. *Jones*, 7 Bingh. 395 ; *Commonwealth* v. *Marsh*, 10 Pick. 58.

*June* 22d.

It was *resolved* by the *Court*, that as the *St.* 1834, *c.* 189, enables the plaintiff in an action founded on contract against several defendants, to take judgment against one or more of them, Price was, with his consent, a competent witness for his co-defendants

*Judgment on the verdict.*